# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| CARMEN DEMARK | : | |
| --- | --- | --- |
| | : | |
| V. | : | 17 cv 732 |
| | : | |
| LAUREL HARRY, et al | : | |

## JOINT MOTION TO EXTEND CASE MANAGEMENT GUIDELINES

AND NOW, comes Plaintiff, by and through his Counsel, Comerford Law, who files the instant Motion, averring as follows:

1. This is a §1983 Civil Rights Case alleging cruel and unusual punishment during Plaintiff's incarceration.

2. A Case Management Order was previously issued, requiring, among other things, that Discovery be completed on or before January 31, 2018.

3. That Order was extended to April 30, 2018, then to August 31, 2018, then to December 31, 2018, to May 1, 2019, and to September 30, 2019.

4. The last extension order indicated that it would be the last extension of time on this case, and the parties warranted at that time that discovery would complete within that time frame.

5. However, unforeseen events have occurred that have prevented the completion of discovery, and good cause exists for another extension of the deadlines.

6. Specifically, these occurrences are as follows:

    a. Plaintiff has become incarcerated in Luzerne County Prison, and that Prison has prevented the scheduling of a deposition. Furthermore, Plaintiff's incarceration is exacerbating his mental health issues, and a competency evaluation has been scheduled for Plaintiff. Pending such, Plaintiff cannot submit himself for a deposition. It is also anticipated that Plaintiff will be being transferred to an inpatient mental health rehabilitation facility in the near future.

    b. Karen Romano, Esq., was the Attorney for Defendants through the pendency of this litigation. However, she was recently given a new job, and this case has been reassigned to another Attorney, Jonathan Blake. It has taken him time to come up to speed on the case and some depositions have been unable to be timely scheduled pending this.

7. Defendants' counsel concurs herein.

WHEREFORE, Plaintiff respectfully requests that this Motion be granted and that case management deadlines be extended.

Respectfully Submitted,

*/s/ Curt M. Parkins*
_____
Curt M. Parkins, Esq.
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| CARMEN DEMARK | : | |
| --- | --- | --- |
| V. | : | 17 cv 732 |
| LAUREL HARRY, et al | : | |

## CERTIFICATE OF CONCURRENCE

This 19th day of September, 2019, I, Curt M. Parkins, Esq., certify that I contacted opposing counsel, Jonathan Blake, via telephone, who concurs in this Motion.

*/s/ Curt M. Parkins*
_____
Curt M. Parkins, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This 19th day of September, 2019, I, Curt M. Parkins, Esq., certify that I served opposing counsel, Jonathan Blake, with the foregoing via ECF.

*/s/ Curt M. Parkins*
_____
Curt M. Parkins, Esq.
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| CARMEN DEMARK | : | |
| --- | --- | --- |
| | : | |
| V. | : | 17 cv 732 |
| | : | |
| LAUREL HARRY, et al | : | |

# ORDER

      AND NOW, this _____ day of _____ 2019, it is hereby ordered that Plaintiff's Motion to Extend Case Management Guidelines is granted. Discovery shall be due on or before January 30, 2020. Plaintiff's expert reports are due on or before February 30, 2020. Defendants' expert reports are due on or before March 30, 2020. Expert discovery shall close on or before April 30, 2020. Dispositive Motions shall be due on or before May 30, 2020. Trial shall be set upon ruling on Dispositive Motions. This will be the final extension of the discovery deadlines in this matter.

      _____